# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** 26-7139

**Case Name** California Nurses Association et al. v. Markwayne Mullin et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

1) An immediate administrative stay of the district court's preliminary injunction issued October 21, 2026.

2) On or before October 29, 2026, a stay pending appeal of the same order.

Relief is needed no later than *(date)*: October 29, 2026

The following will happen if relief is not granted within the requested time:

The preliminary injunction will continue to interfere with ongoing federal law enforcement operations relevant to the security and integrity of the midterm elections to be held on November 3, 2026.

I could not have filed this motion earlier because:

The preliminary injunction was issued on October 21, 2026. The government prepared this appeal and stay motion as quickly as possible, within six days of the injunction being issued.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court: ◉ Yes ○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ◉ Yes ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: October 27, 2026

By *(method)*: ECF and email

Position of other parties: Oppose

Name and best contact information for each counsel/party notified:

See list of counsel on following pages.

I declare under penalty of perjury that the foregoing is true.

**Signature** /s/ Gabriel I. Schonfeld **Date** 10/27/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## LIST OF COUNSEL NOTIFIED

**California Nurses Association**
**National Nurses United**
**Voto Latino Foundation**

Beau Tremitiere
beau.tremitiere@protectdemocracy.org
202-579-4582

Geoffrey Curfman
geoffrey.curfman@protectdemocracy.org
202-843-3956

Ashley R. Fox
ashley.fox@protectdemocracy.org
202-819-1639

Jessica Ann Marsden
jess.marsden@protectdemocracy.org
202-579-4582

Zachary Taylor West
zachary.west@protectdemocracy.org
202-579-4582

Hayden Johnson
hayden.johnson@protectdemocracy.org
202-870-3210

Benjamin Rush Farley
farley@nilc.org
603-320-5598

Imani Renee Franklin
franklin@nilc.org
678-637-9967

**County of Santa Clara**

Kavita Kandala Narayan
kavita.narayan@cco.sccgov.org
408-299-5900

Meredith Anne Johnson
meredith.johnson@cco.sccgov.org
408-299-5900

Anthony J. LoPresti
tony.lopresti@cco.sccgov.org
408-299-6935

Bill Nguyen
bill.nguyen@cco.sccgov.org
669-279-9957

Jessica Ann Marsden
(see above)

Beau Tremitiere
(see above)

**City and County of San Francisco**

Michael A. Keough
michael.keough@sfcityatty.org
415-544-3959

Mollie M. Lee
mollie.lee@sfcityatty.org
415-554-4260

David S. Chiu
cityattorney@sfcityatty.org
415-554-4700

Sara Jennifer Eisenberg
sara.eisenberg@sfcityatty.org
415-554-3800

Yvonne Rsil Mere
yvonne.mere@sfcityatty.org
415-554-3874

Joel F. Wacks
joel.wacks@sfcityatty.org
415-268-7000

Beau Tremitiere
(see above)

Jessica Ann Marsden
(see above)