UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CALIFORNIA NURSES ASSOCIATION; et al.,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN; et al.,

Defendants - Appellants.

No. 26-7139

D.C. No.
4:26-cv-10680-AMO
Northern District of California,
Oakland

ORDER

The Appellants have filed a motion for stay pending appeal and have requested a ruling by no later than October 29, 2026 (Dkt. 8). The Court directs the Appellees to file a response no later than October 28, 2026 at 3:00 p.m., Pacific time. The Appellants shall file their optional reply no later than 5:00 p.m., Pacific time, October 28, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT