UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>MARKWAYNE MULLIN; et al.,<br><br>Defendants - Appellants. | No. 26-7139<br><br>D.C. No.<br>4:26-cv-10680-AMO<br>Northern District of California, Oakland<br><br>ORDER |

The Court will hear remote oral argument on Appellants' motion for administrative stay and stay pending appeal (Dkt. 8) via Zoom on Thursday, October 29, 2026, at 10:00 a.m. PDT. Each side will be granted 20 minutes of argument. The parties shall inform the Clerk's office as to which attorney or attorneys will be presenting oral argument. The Clerk's office will provide counsel with instructions on how to connect to the hearing.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT