**No. 26-7139**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; and VOTO LATINO FOUNDATION,
*Plaintiffs-Appellees,*

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California
Case No. 4:26-cv-10680-AMO (Hon. Araceli Martínez-Olguín)

# REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS-APPELLEES' OPPOSITION TO STAY PENDING APPEAL

Benjamin R. Farley
Imani Franklin
NATIONAL IMMIGRATION LAW CENTER
PO Box 34573
Washington, D.C. 20043
(213) 639-3900

Jessica Marsden
*Counsel of Record*
Geoffrey Curfman
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
(202) 579-4582
*jess.marsden@protectdemocracy.org*

*Attorneys for Plaintiffs-Appellees California Nurses Association, National Nurses United, and Voto Latino Foundation*

*(Additional counsel on inside cover)*

Tony LoPresti
Kavita Narayan
Meredith A. Johnson
Bill Nguyen
COUNTY OF SANTA CLARA
70 W. Hedding Street, East Wing
9th Floor
San José, CA 95110
(408) 299-5900

*Attorneys for Plaintiff-Appellee*
*County of Santa Clara*

David Chiu
Yvonne R. Meré
Mollie M. Lee
Sara Eisenberg
Michael A. Keough
Joel F. Wacks
CITY AND COUNTY OF
SAN FRANCISCO
City Hall, Room 234
Fox Plaza, 1390 Market Street, 7th Fl.
San Francisco, CA 94102
(415) 554-4655

*Attorneys for Plaintiff-Appellee*
*City and County of San Francisco*

Beau C. Tremitiere
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
(202) 579-4582

Hayden Johnson
Zachary West
Ashley Fox
Jane Bentrott
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, Suite 163
Washington, DC 20006
(202) 579-4582

Elizabeth B. Prelogar
COOLEY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
(202)776-2076

Anna M. Stapleton
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2750

*Attorneys for Plaintiffs-Appellees*
*California Nurses Association,*
*National Nurses United, and Voto*
*Latino Foundation*

Plaintiffs hereby respectfully request, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following documents:

1. RJN1: This document is a press release from the Social Security Administration. It states that "SSA is currently in the process of correcting an additional 8.5 million records with inaccurate citizenship status." SSA, *Press Release: Social Security Corrects Tens of Millions of Files in the Social Security Number Database Improving the Integrity of Vital Records* (Oct. 20, 2026), https://www.ssa.gov/news/en/press/releases/2026-10-20.html. A PDF of the release is attached here for convenience as Exhibit 1.

2. RJN2: This document is a post on X from the Department of Homeland Security, which contains a video interview with DHS Secretary Mullin. In the interview, he says: "We [DHS] are already up to over 300,000 that we suspect voted illegally." Homeland Security (@DHSgov), X, at 0:48 (Oct. 19, 2026, at 06:19 PM ET), https://x.com/DHSgov/status/2112307586557177943?s=20. A PDF of a screenshot of the post is attached here for convenience as Exhibit 2.

3. RJN3: This document is a press release from L.A. County Registrar-Recorder/County Clerk Dean C. Logan regarding a sample list provided by the Department of Justice to L.A. County. In it, he states:

> "Los Angeles County has conducted a preliminary review of the records provided by the U.S. Department of Justice. Of the 20,930

> records submitted, only 7,035 (33.6%) had addresses within Los Angeles County. In a preliminary sampling of 200 records, approximately 43% had canceled voter registrations, and more than 70% had no voting history.

Dean C. Logan, *Preliminary Review of U.S. Department of Justice Individual Records*, L.A. Cnty. Registrar-Recorder/Cnty. Clerk (Oct. 21, 2026), https://content.lavote.gov/docs/rrcc/documents/20261021_preliminary-review-of-doj-individual-records.pdf. A PDF of this letter is attached here for convenience as Exhibit 3.

4. RJN4: This document is a letter from Santa Clara County Counsel Tony LoPresti to U.S. Attorney Craig H. Missakian regarding a letter sent by the Department of Justice and an accompanying list of individuals supposedly identified as non-citizens registered to vote. In it, Mr. LoPresti states:

> [A] spot check of a sample of the list sent to Santa Clara County also reveals significant errors. None of the names checked has any history of a successfully counted ballot. Roughly a third of the sample were canceled voter registrations, some of which were canceled as far back as 2019. On the first page alone, one name appears three times, with the same date of birth and address in all three instances, suggesting there may be further duplicates throughout the list.

Letter from Tony LoPresti, Cnty. Couns., Santa Clara Cnty., to Craig H. Missakian, U.S. Att'y, N.D. Cal., Re: DOJ Demand Letter Dated October 23, 2026 (Oct. 25, 2026), https://files.santaclaracounty.gov/exjcpb1271/2026-10/santa-clara-county-cco-response-to-doj-letter-

10.25.2026.docx.pdf?VersionId=6dZHhabfDAN6CEgpsxUB2XEeEqW7QNgg. A PDF of the letter is attached here for convenience as Exhibit 4.

5. RJN5: This document is a letter from Principal Deputy Assistant Attorney General Pamela S. Karlan of the Civil Rights Division to Arizona State Senate President Karen Fann raising concerns that the Arizona Senate's door-knocking campaign may violate Section 11(b) because the DOJ found that "similar investigative efforts around the country … raised concerns that they can be directed at minority voters, which potentially can implicate the anti-intimidation prohibitions of the Voting Rights Act" and "can have a significant intimidating effect on qualified voters that can deter them from seeking to vote in the future." Letter from Pamela S. Karlan, Principal Deputy Assistant Att'y Gen., Civ. Rts. Div., Dep't of Just., to Karen Fann, President, Ariz. Senate (May 5, 2021), https://www.justice.gov/d9/case-documents/attachments/2021/05/05/civil_rights_division_letter_to_arizona_senate_president_5-5_final_ro_tag_prop.pdf. This letter is attached here for convenience as Exhibit 5.

6. RJN6: This document is a post on X from the Department of Homeland Security. It says: "OPERATION PROTECT THE VOTE. Today in California, @HSI_HQ arrested multiple individuals suspected of election fraud. The Trump administration will always defend the integrity of our elections and ensure that only

American citizens elect America's leaders." Homeland Security (@DHSgov), X (Oct. 19, 2026, at 06:19 PM ET), https://x.com/DHSgov/status/2112307586557177943?s=20. A PDF of a screenshot is attached here for convenience as Exhibit 6.

7. RJN7: This document is a post on X from Homeland Security regarding "OPERATION PROTECT THE VOTE." Homeland Security (@DHSgov), X (Oct. 20, 2026, at 11:15 AM ET), https://x.com/TheJusticeDept/status/2112563468108714151?s=20. A PDF of a screenshot is attached here for convenience as Exhibit 7.

8. RJN8: This document is a post on X from Acting Deputy Attorney General Trent McCotter regarding arrests of non-citizens in California for federal election crimes. Acting Deputy Attorney General Trent McCotter (@PADAGMcCotter), X (Oct. 19, 2026, at 04:50 PM ET), https://x.com/PADAGMcCotter/status/2112285325448077626?s=20. A PDF of a screenshot is attached here for convenience as Exhibit 8.

9. RJN9: This document is a post on X from Homeland Security Investigations regarding election fraud investigations. Homeland Security Investigations (@HSI_HQ), X (Oct. 18, 2026, at 12:00 PM ET),

https://x.com/HSI_HQ/status/2111849933275906447?s=20. A PDF of a screenshot is attached here for convenience as Exhibit 9.

10. RJN10: This document is a post on X from Homeland Security Investigations regarding election fraud investigations. Homeland Security Investigations (@HSI_HQ), X (Oct. 17, 2026, at 12:00 PM ET), https://x.com/HSI_HQ/status/2111487555778605223?s=20. A PDF of a screenshot is attached here for convenience as Exhibit 10.

11. RJN11: This document is a post on X from the U.S. Department of Justice, which contains a video interview with Acting Deputy Attorney General Trent McCotter. In the interview, he says: "We're sending a signal." U.S. Department of Justice (@TheJusticeDept), X, at 0:54 (Oct. 22, 2026, at 01:08 PM ET), https://x.com/TheJusticeDept/status/2113316638506291537?s=20. A PDF of a screenshot of the post is attached here for convenience as Exhibit 11.

12. RJN12: This document is a post on X from DHS General Counsel James Percival regarding an article from the Hill on the district court's preliminary injunction. In it, he states:

> In the article, the Hill admits that the injunction only applies when we "know, suspect, or should reasonably know or suspect [the people] are U.S. citizens." Yet the headline suggests the judge blocked "most" operations about noncitizen voting, which by definition are not about U.S. citizens.

James Percival (@DHSGenCounsel), X (Oct. 22, 2026, 1:45PM MT), https://x.com/dhsgencounsel/status/2113355974006153349. A PDF of a screenshot of the post is attached here for convenience as Exhibit 12.

13. RJN13: This document is a Voter Rights Fact Sheet published by the Department of Justice. It states that "Section 11(b) of the Voting Rights Act … protects not only voters, but also those who help them or who facilitate voting or registering to vote, including election officials and volunteers." U.S. Dep't of Just., Civ. Rts. Div., *Voter Rights Fact Sheet* (Sep. 2024), https://www.justice.gov/crt/media/1366636/dl. A PDF of the document is attached here for convenience as Exhibit 13.

## LEGAL AUTHORITY

Under Federal Rule of Evidence 201(d), judicial notice may be taken at any stage of the proceeding, including by an appellate court during the pendency of an appeal. Fed. R. Evid. 201(d); Circuit Advisory Committee Note Seven to Ninth Cir. Rule 27-1(7). The Court may take judicial notice of any matter "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

All of the above materials are judicially noticeable because the statements they contain constitute information that is "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

RJN 1-13 are also judicially noticeable because "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice." *Cnty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1217 n.11 (N.D. Cal. 2017) (citing *Brown v. Valoff*, 422 F.3d 926, 933 n.9 (9th Cir. 2005)); *see also Hawaii v. Trump*, 859 F.3d 741, 773 n.14 (9th Cir. 2017) (noting that the White House Press Secretary had confirmed President Trump's tweets were "official statements by the President of the United States" and taking judicial notice of President Trump's tweet concerning the "travel ban" Executive Order), *vacated as moot*, 138 S. Ct. 377 (2017).

RJN1-4, 6-12 are also judicially noticeable because they are an "indication of what information was in the public realm at the time." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (taking judicial notice of statements in news articles); *see also Napear v. Bonneville Int'l Corp.*, 669 F. Supp. 3d 948, 958–59 (E.D. Cal. 2023) (taking judicial notice of tweets "as an indication of what information was available in the public realm") (quoting *Von*

*Saher*, 592 F.3d at 960); *Duncan v. Bonta*, 133 F.4th 852, 885 (9th Cir. 2025) (Berzon, J., concurring) (noting that it is "well-established and permissible" to offer "a link to a video . . . in support of the judicially noticeable fact that the video exists and is available on the internet").

RJN1, 3, 4, 5, 13 are also judicially noticeable because they are posted on official government websites. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (taking judicial notice of information contained on a government website).

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court grant this request for judicial notice.

Respectfully submitted,

October 28, 2026

*/s/ Jessica Marsden*
Jessica Marsden
*Counsel of Record*
Geoffrey Curfman
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
(202) 579-4582

Beau C. Tremitiere
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
(202) 579-4582

Hayden Johnson
Zachary West
Ashley Fox
Jane Bentrott
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, Suite 163
Washington, DC 20006
(202) 579-4582

Benjamin R. Farley
Imani Franklin
NATIONAL IMMIGRATION LAW CENTER
PO Box 34573
Washington, D.C. 20043
(213) 639-3900

Elizabeth B. Prelogar
COOLEY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
(202)776-2076

Anna M. Stapleton
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2750

*Attorneys for Plaintiffs-Appellees California Nurses Association, National Nurses United, and Voto Latino Foundation*

David Chiu
Yvonne R. Meré
Mollie M. Lee
Sara Eisenberg
Michael A. Keough

Joel F. Wacks
CITY AND COUNTY OF
SAN FRANCISCO
City Hall, Room 234
Fox Plaza, 1390 Market Street, 7th Fl.
San Francisco, California 94102
(415) 554-4655

*Attorneys for Plaintiff-Appellee*
*City and County of San Francisco*

Tony LoPresti
Kavita Narayan
Meredith A. Johnson
Bill Nguyen
COUNTY OF SANTA CLARA
70 W. Hedding Street, East Wing
9th Floor
San José, CA 95110
(408) 299-5900

*Attorneys for Plaintiff-Appellee*
*County of Santa Clara*

## CERTIFICATE OF COMPLIANCE

This request for judicial notice complies with the type-volume limitation of Ninth Circuit Rule 27-1(1)(d) because this request contains 1,527 words excluding the parts of the request exempted by Rule 32(f). This request complies with the typeface requirements of Federal Rules of Appellate Procedure 27(a)(2)(B) and 32(a)(5), and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

October 28, 2026

*/s/ Jessica Marsden*
Jessica Marsden

*Attorney for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I, Jessica Marsden, hereby certify that on October 28, 2026, I electronically filed the foregoing request for judicial notice with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. A true and correct copy of this request has been served via the Court's ACMS system on all counsel of record.

October 28, 2026

*/s/ Jessica Marsden*
Jessica Marsden

*Attorney for Plaintiffs-Appellees*