**No. 26-7139**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CALIFORNIA NURSES ASSOCIATION; NATIONAL NURSES UNITED; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; AND VOTO LATINO FOUNDATION,

*Plaintiffs-Appellees*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court for the Northern District of California, No. 4:26-cv-10680 (Hon. Araceli Martínez-Olgún)

**CONSENT MOTION TO FILE BRIEF OF *AMICUS CURIAE* JUSTICE CONNECTION IN SUPPORT OF PLAINTIFFS-APPELLEES AND DENIAL OF DEFENDANTS-APPELLANTS MOTION FOR IMMEDIATE ADMINISTRATIVE STAY AND STAY PENDING APPEAL**

Bruce Spiva
Dana Paikowsky
Rachel Appel
Alice C.C. Huling
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW
Suite 300
Washington, DC 20036
(202) 736-2200
bspiva@campaignlegalcenter.org

*Counsel for amicus curiae Justice Connection*

Justice Connection hereby moves this Court for leave to file a brief as *amicus curiae* in support of Plaintiffs-Appellees and denial of Defendants-Appellants Motion for Immediate Administrative Stay and Stay Pending Appeal, Dkts. 8 and 23. The Parties consent to the filing of this motion.

1. Justice Connection is a not-for-profit organization that provides direct support to the Department of Justice's current and former apolitical career workforce. As a network of DOJ alumni, it connects current and recent employees with pro bono legal representation, mental health counseling, whistleblower assistance, FBI support, employment help, coaching, and media support. It also advocates for the integrity of DOJ's mission-critical work and speaks out in defense of the rule of law. Justice Connection operates as an independent 501(c)(3) organization. Its team of staff and advisors include former prosecutors, civil litigators, judges, FBI agents and analysts, and national security experts, who served in components across DOJ, under both Republican and Democratic administrations. Its DOJ Alumni Network—comprising thousands of former DOJ and FBI employees—includes many who enforced election integrity and voting rights laws at the Department. Justice Connection submits this brief because it has a direct interest in ensuring that the federal government's law enforcement work remains apolitical and lawful, and that DOJ and other federal law enforcement agencies are held accountable when it is not.

2. Justice Connection's *amicus* brief highlights positions the federal government has taken in the past in the context of enforcing Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b). It also draws the Court's attention to historical policy and practice within the Department of Justice related to the investigation and prosecution of election-related crimes and relevant to civil enforcement of federal election laws. Both the federal government's interpretation of Section 11(b) and its election-related law enforcement activities are core issues in this case and directly relevant to the pending motion.

3. This Court should permit Justice Connection to participate as *amicus* because its brief fulfills the "classic role of amicus curiae" by "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration" and its brief will aid the Court in deciding the questions presented. *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). For the reasons above, Justice Connection respectfully requests that the Court grant its motion for leave and accept its *amicus curiae* brief for filing.

Dated: October 28, 2026 Respectfully submitted,

*/s/ Bruce Spiva*
Bruce Spiva
Dana Paikowsky
Rachel Appel
Alice C.C. Huling
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW
Suite 300
Washington, DC 20036
(202) 736-2200
bspiva@campaignlegalcenter.org
dpaikowsky@campaignlegalcenter.org
rappel@campaignlegalcenter.org
ahuling@campaignlegalcenter.org

## CERTIFICATE OF COMPLIANCE

This motion complies with Local Rule 27-1(1)(d) because it does not exceed 20 pages. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in 14-point Times New Roman Font.

*/s/ Bruce Spiva*
Bruce Spiva

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on October 28, 2026. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

*/s/ Bruce V. Spiva*
Bruce Spiva