NOT FOR PUBLICATION

FILED

OCT 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA NURSES ASSOCIATION; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>MARKWAYNE MULLIN; et al.,<br><br>Defendants - Appellants. | No. 26-7139<br><br>D.C. No.<br>4:26-cv-10680-AMO<br>Northern District of California, Oakland<br><br>ORDER |

A judge of this Court has made a sua sponte request for an en banc vote in this case. The parties are directed to file simultaneous supplemental briefs setting forth their respective positions as to whether this case should be reheard en banc no later than 5:00 p.m. Pacific Time on Friday, October 30, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT