**No. 26-7139**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

CALIFORNIA NURSES ASSOCIATION, *et al.*,
Plaintiffs-Appellees,

v.

MARKWAYNE MULLIN, *et al.*,
Defendants-Appellants.

---

On Appeal from the United States District Court
for the Northern District of California

---

# JOINT STIPULATION OF DISMISSAL

The parties stipulate and agree that this appeal shall be dismissed under Federal Rule of Appellate Procedure 42(b)(1), with each party to bear its own costs.

[*Signatures on Following Page*]

Respectfully submitted,

Jessica Marsden (NY Bar 5316526)
Geoffrey Curfman (NY Bar 5809199)
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
(202) 579-4582
jess.marsden@protectdemocracy.org

Beau Tremitiere (CA Bar 320074)
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
(202) 579-4582

Hayden Johnson (DC Bar 1671830)
Zachary West (NY Bar 5192257)
Ashley Fox (LA Bar 41748)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, Suite 163
Washington, DC 20006
(202) 579-4582

By: s/ Jessica Marsden

*Attorneys for Plaintiffs-Appellees California Nurses Association, National Nurses United, and Voto Latino Foundation*

Elizabeth Prelogar (CA Bar 262026)
COOLEY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
(202) 776-2076
eprelogar@cooley.com

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

CRAIG H. MISSAKIAN
*United States Attorney*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

MARK R. FREEMAN
DANIEL TENNY
*s/ Gabriel I. Schonfeld*
GABRIEL I. SCHONFELD
*Attorneys, Appellate Staff*
*Civil Division, Room 7219*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3306*
*gabriel.i.schonfeld@usdoj.gov*

Anna M. Stapleton (CA Bar 337686)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2750
astapleton@cooley.com

By: s/ Elizabeth Prelogar

*Attorneys for Plaintiffs-Appellees California Nurses Association, National Nurses United, and Voto Latino Foundation*

Tony LoPresti (CA Bar 289269)
Kavita Narayan (CA Bar 264191)
Meredith A. Johnson (CA Bar 291018)
Bill Nguyen (CA Bar 333671)
COUNTY OF SANTA CLARA
70 W. Hedding Street, East Wing
9th Floor
San José, CA 95110
(408) 299-5900
bill.nguyen@cco.sccgov.org

By: s/ Bill Nguyen

*Attorneys for Plaintiff-Appellee County of Santa Clara*

David Chiu (CA Bar 189542)
Yvonne R. Meré (CA Bar 173594)
Mollie M. Lee (CA Bar 251404)
Sara Eisenberg (CA Bar 269303)
Michael A. Keough (CA Bar 327037)

Joel F. Wacks (CA Bar 326561)
CITY AND COUNTY OF
SAN FRANCISCO
Fox Plaza, 1390 Market Street, 7th Fl.
San Francisco, CA 94102
(415) 554-4655
Michael.Keough@sfcityatty.org
Joel.Wacks@sfcityatty.org

By: s/ Michael A. Keough

*Attorneys for Plaintiff-Appellee*
*City and County of San Francisco*

November 2026